JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | Case No. SACV 19-1763 JVS (JDEx) | Date | September 27, 2019 |
| Title | Jaimie Davis v. WFP Securities Corp., Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Remanding Case**

The Court has made a preliminary review of the jurisdictional allegations in the:

    X    Notice of Removal ("Notice") filed by Curtis J. Sathre III ("Sathre") on September 16, 2019.

The initial pleading invokes jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Notice, ¶ 6.) Diversity jurisdiction on removal is narrower than original diversity jurisdiction. A citizen of the forum state may not remove of the basis of diversity. (28 U.S.C. § 1441(a)(2).)

Sathre is a citizen of California as is WPF Securities Corp., Inc. (Notice, ¶ 7.)

Removal is barred. The case is remanded on the Court's own motion to the Superior Court for the State of California, County of Orange.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |